UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

In re:

VEBLEN WEST DAIRY LLP,
Tax ID/EIN: 26-2017857,

Debtor.

: Case No. 10-10071
: (Chapter 11)
:
: **MOTION FOR ADMISSION**
: **PRO HAC VICE**
:
:

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

### Statement of Movant

I, Roger W. Damgaard, an active member of the Bar of the U.S. District Court for the District of South Dakota, request that this Court admit pro hac vice Gary W. Koch, an attorney admitted to practice in the District of Minnesota, but not admitted to the Bar of this Court, who will be counsel for creditor, AgStar Financial Services, PCA, and AgStar Financial Services, FLCA, in the case listed above. I am aware of Local Rule 83.2(E) regarding the appearance of attorneys pro hac vice.

Respectfully submitted this 8th day of April, 2010.

WOODS, FULLER, SHULTZ & SMITH P.C.

By /s/ ROGER W. DAMGAARD
Roger W. Damgaard
300 South Phillips Avenue, Suite 300
Post Office Box 5027
Sioux Falls, South Dakota 57117-5027
Phone: (605) 336-3890
Facsimile: (605) 339-3357
Email: Roger.Damgaard@woodsfuller.com
Attorneys for AgStar Financial Services, PCA, and AgStar Financial Services, FLCA

00634803.1

## STATEMENT OF PROPOSED ADMITTEE

I, Gary W. Koch, am currently a member in good standing of the U.S. District Court for the District of Minnesota, but not admitted to the Bar of this Court. I am aware of Local Rule 83.2(E) regarding the appearance of attorneys pro hac vice.

| 4-8-10 | Gary W. Koch | /s/ Gary W. Koch |
|---|---|---|
| Date | Type/Print Name | Signature |

        Law Firm:        Gislason & Hunter LLP

        Suite/Building:

        Address:        2700 S. Broadway
                          P.O. Box 458
                          New Ulm, MN 56073-0458

        Telephone:     (507) 354-3111

00634803.1