B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of South Dakota

In re  **Veblen West Dairy LLP**                                      Case No.  **10-10071**
                                        Debtor(s)                     Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

   Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CR Concrete Inc<br>16049 445th Ave<br>Watertown, SD 57201 | CR Concrete Inc<br>16049 445th Ave<br>Watertown, SD 57201 | | | 503,000.00 |
| Duayne Baldwin Farm, Inc.<br>14663 98th Street<br>Lidgerwood, ND 58053 | Duayne Baldwin Farm, Inc.<br>14663 98th Street<br>Lidgerwood, ND 58053 | | | 47,277.78 |
| Elanco Animal Health<br>Attn: Lisa Treadwell<br>Dept. 1146, PO Box 121146<br>Dallas, TX 75312-1146 | Elanco Animal Health<br>Attn: Lisa Treadwell<br>Dept. 1146, PO Box 121146<br>Dallas, TX 75312-1146 | | | 32,445.00 |
| Five Star Dairy<br>PO Box 157<br>Veblen, SD 57270 | Five Star Dairy<br>PO Box 157<br>Veblen, SD 57270 | | | 357,605.47 |
| Hill Grain Farms, Inc.<br>44740 102nd Street<br>Veblen, SD 57270 | Hill Grain Farms, Inc.<br>44740 102nd Street<br>Veblen, SD 57270 | | | 248,300.19 |
| Jacobson Transport<br>PO Box 188<br>Gary, SD 57237 | Jacobson Transport<br>PO Box 188<br>Gary, SD 57237 | | | 199,145.34 |
| Lookout Ridge Consulting<br>Attn: Steve Bodart<br>PO Box 4249<br>Mankato, MN 56002 | Lookout Ridge Consulting<br>Attn: Steve Bodart<br>PO Box 4249<br>Mankato, MN 56002 | | | 25,636.16 |
| Mark Wyum<br>9230 139th Ave SE<br>Rutland, ND 58067 | Mark Wyum<br>9230 139th Ave SE<br>Rutland, ND 58067 | | | 88,019.29 |
| Marshall County Treasurer<br>PO Box 130<br>Britton, SD 57430 | Marshall County Treasurer<br>PO Box 130<br>Britton, SD 57430 | | | 46,082.60 |
| Michael Wyum<br>9270 139th Ave SE<br>Rutland, ND 58067 | Michael Wyum<br>9270 139th Ave SE<br>Rutland, ND 58067 | | | 70,019.29 |
| Millner Farms<br>49485 280th Street<br>Roseau, MN 56751 | Millner Farms<br>49485 280th Street<br>Roseau, MN 56751 | | | 78,555.72 |

B4 (Official Form 4) (12/07) - Cont.

In re **Veblen West Dairy LLP**                                                                         Case No. **10-10071**
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Minnesota Select Sires** Attn: Jane Lochen 6601 Gregory Park Road Saint Cloud, MN 56301 | **Minnesota Select Sires** Attn: Jane Lochen 6601 Gregory Park Road Saint Cloud, MN 56301 | | | 62,395.67 |
| **New Horizon Dairy** PO Box 157 Veblen, SD 57270 | **New Horizon Dairy** PO Box 157 Veblen, SD 57270 | | | 326,336.15 |
| **Pherson Farms** 9348 138th Avenue Rutland, ND 58067 | **Pherson Farms** 9348 138th Avenue Rutland, ND 58067 | | | 258,539.12 |
| **Schumacher Sales Co Inc** Attn: Bob Malson 13332 384th Ave Aberdeen, SD 57401 | **Schumacher Sales Co Inc** Attn: Bob Malson 13332 384th Ave Aberdeen, SD 57401 | | | 33,507.27 |
| **SEE ATTACHED LIST OF EMPLOYEES** | **SEE ATTACHED LIST OF EMPLOYEES** | | | 21,419.12 |
| **Shortfoot Calf Ranch Inc** PO Box 157 Veblen, SD 57270 | **Shortfoot Calf Ranch Inc** PO Box 157 Veblen, SD 57270 | | | 43,618.00 |
| **Steven Wyum** 9220 139th Ave SE Rutland, ND 58067 | **Steven Wyum** 9220 139th Ave SE Rutland, ND 58067 | | | 88,019.29 |
| **Veblen East** PO Box 157 Veblen, SD 57270 | **Veblen East** PO Box 157 Veblen, SD 57270 | | | 2,141,509.58 |
| **Viessman Trucking** PO Box 175 Gary, SD 57237 | **Viessman Trucking** PO Box 175 Gary, SD 57237 | | | 231,000.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Partner/General Manager of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 21, 2010**                       Signature  **/s/ Richard Millner**
                                                          **Richard Millner**
                                                          **Managing Partner/General Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.