UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

In re:

VEBLEN WEST DAIRY LLP,
Tax ID/EIN: 26-2017857,

Debtor.

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

: Case No. 10-10071
: (Chapter 11)
:
:
:

## SECOND SUPPLEMENTAL STIPULATION EXTENDING INTERIM USE OF CASH COLLATERAL THROUGH MAY 31, 2010

TO: THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST AS SPECIFIED IN LOCAL RULES 2002-1 AND 9004-3:

Veblen West Dairy, LLP (the "Debtor") and AgStar Financial Services, PCA and AgStar Financial Services, FLCA (collectively, "AgStar") hereby enter into the following Second Supplemental Stipulation Extending Interim Use of Cash Collateral Through May 31, 2010, (the "Stipulation") as follows:

1. AgStar and the Debtor entered into a Stipulation regarding the Debtor's Use of Cash Collateral on an interim basis on April 14, 2010.

2. The Court entered an Order approving use of cash collateral on an interim basis on April 14, 2010.

3. The parties entered into Supplemental Stipulation to Extend Interim Use of Cash Collateral through May 3, 2010, on or about April 28, 2010.

00646807.1

4. The Court entered an Order Approving Supplemental Stipulation to Extend Preliminary Use of Cash Collateral Through May 3, 2010, on or about April 29, 2010.

5. The parties have entered into this Second Supplemental Stipulation Extending Interim Use of Cash Collateral Through May 31, 2010.

6. AgStar hereby consents to the second supplemental interim use of cash collateral pursuant to attached Exhibit "A" and the parties otherwise agree that the same terms and conditions as provided in the initial Stipulation Regarding the Debtor's Use of Cash Collateral on an Interim Basis and Order approving, apply to this Second Supplemental Stipulation.

Dated: May 3, 2010

_____
Thomas Tobin
Tonner, Tobin & King
P.O. Box 1456
Aberdeen, South Dakota 57402
Telephone: (605) 225-1000
Facsimile: (605) 225-0625

ATTORNEYS FOR VEBLEN WEST DAIRY, LLP

Dated: May 3, 2010

/s/ ROGER W. DAMGAARD
Roger W. Damgaard (#340)
WOODS, FULLER, SHULTZ & SMITH P.C.
300 South Phillips Avenue, Suite 300
Post Office Box 5027
Sioux Falls, SD 57117-5027
Telephone: (605) 336-3890
Fax: (605) 339-3357

Gary W. Koch
GISLASON & HUNTER LLP
2700 S. Broadway
P. O. Box 458
New Ulm, MN 56073-0458
Phone: 507-354-3111
Fax: 507-354-6310

Michael S. Dove
GISLASON & HUNTER LLP
2700 S. Broadway
P. O. Box 458
New Ulm, MN 56073-0458
Phone: 507-354-3111
Fax: 507-354-6310

**ATTORNEYS FOR
AGSTAR FINANCIAL SERVICES, FLCA
AND
AGSTAR FINANCIAL SERVICES, PCA**