UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-10071 |
| | ) | Chapter 11 |
| VEBLEN WEST DAIRY LLP | ) | |
| Tax ID/EIN 26-2017857 | ) | ORDER APPROVING SECOND |
| | ) | SUPPLEMENTAL STIPULATION |
| Debtor. | ) | EXTENDING PRELIMINARY (INTERIM) |
| | ) | USE OF CASH COLLATERAL |
| | ) | THROUGH MAY 31, 2010 |

Upon consideration of the parties' Second Supplemental Stipulation Extending Interim Cash Collateral Use Through May 31, 2010 (doc. 151) and the record before the Court; and it appearing the final hearing on Debtor's Motion for Authority to Use Cash Collateral (doc. 18) is being held in abeyance pending resolution of AgStar Financial Services, PCA, and AgStar Financial Services, FLCA's Motion for Appointment of a Trustee (doc. 64); and for cause shown; now, therefore,

IT IS HEREBY ORDERED the Second Supplemental Stipulation Extending Interim Cash Collateral Use Through May 31, 2010 is approved, and Debtor is authorized to use AgStar Financial Service, PCA and AgStar Financial Services, FLCA's cash collateral, on the terms and conditions set forth in the Second Supplemental Stipulation Extending Interim Cash Collateral Use Through May 31, 2010.

So ordered:  May 4, 2010.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota